UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PHILLIP B. YOUNG,** *et al.***,**

    **Plaintiffs,**

v.                                                                              Civil Action No. 12-1285 (BAH)

**KFC U.S. PROPERTIES,**                          Judge Beryl A. Howell

    **Defendant.**
_____/

## STIPULATION OF DISMISSAL

    Plaintiffs and Defendant hereby agree to the dismissal of this case without prejudice pursuant to Fed. R. Civ. P. 41(a). The parties have agreed to arbitrate Plaintiffs' claims. Each party shall bear its or his own attorneys' fees and costs. The parties have submitted to the Court a proposed Order of Dismissal in connection with this stipulation, and the parties request that the Court dismiss this action without prejudice.

    Respectfully submitted this 10th day of October, 2012, by:

| | |
|---|---|
| /s/ Alan Lescht | /s/ James M. Coleman |
| Alan Lescht (DC Bar No. 441691) | James M. Coleman (DC Bar No. 358026) |
| Susan L. Kruger (DC Bar No. 414566) | Robert P. Floyd, III (DC Bar No. 464996) |
| ALAN LESCHT & ASSOCIATES, P.C. | CONSTANGY, BROOKS & SMITH, LLP |
| 1050 Seventeenth St., N.W., Suite 400 | Monument Corner Drive, Suite 520 |
| Washington, DC 20036 | Fairfax, Virginia 22030 |
| alescht@mindspring.com | jcoleman@constangy.com |
| susan.kruger@verizon.net | rfloyd@constangy.com |
| (202) 463-6036 | (571) 522- 6100 |
| (202) 463-6067 (facsimile) | (571) 522-6101 (facsimile) |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

2051576.1